IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAIL LaTRECHIANO,                    :          CIVIL ACTION
                                     :
              Plaintiff,             :          NO.11-2495
                                     :
        v.                           :
                                     :
GLOBAL CREDIT & COLLECTION           :
CORP., INC.                          :
                                     :
              Defendant.             :
                                     :

## ORDER

AND NOW, this 19th day of September, 2011, upon the representations made to

this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED

WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

C. Darnell Jones, II,   U.S.D.J.